BK Filed date: 10/13/16
Debtor name: McCaa

**Post Petition Payment Ledger**

**EXHIBIT A**

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| 11/1/2016 | $ 1,012.16 | 12/1/2016 | $ 2,024.32 | 11/1/2016 | $ 1,012.16 | $ 1,012.16 |
| 12/1/2016 | $ 1,012.16 | | | 12/1/2016 | $ (1,012.16) | $ - |
| 1/1/2017 | $ 1,012.16 | 1/12/2017 | $ 1,012.16 | 1/1/2017 | $ - | $ - |
| 2/1/2017 | $ 1,012.16 | 2/6/2017 | $ 1,012.16 | 2/1/2017 | $ - | $ - |
| 3/1/2017 | $ 1,012.16 | 3/21/2017 | $ 1,012.16 | 3/1/2017 | $ - | $ - |
| 4/1/2017 | $ 1,012.16 | 6/2/2017 | $ 3,036.48 | 4/1/2017 | $ 2,024.32 | $ 2,024.32 |
| 5/1/2017 | $ 1,012.16 | | | 5/1/2017 | $ (1,012.16) | $ 1,012.16 |
| 6/1/2017 | $ 1,012.16 | | | 6/1/2017 | $ (1,012.16) | $ - |
| 7/1/2017 | $ 1,012.16 | 9/1/2017 | $ 2,936.54 | 7/1/2017 | $ 1,924.38 | $ 1,924.38 |
| **Loan Modification Entered** | | | | | $ - | $ 1,924.38 |
| 9/1/2017 | $ 912.16 | | | 9/1/2017 | $ (912.16) | $ 1,012.22 |
| 10/1/2017 | $ 912.16 | | | 10/1/2017 | $ (912.16) | $ 100.06 |
| 11/1/2017 | $ 912.16 | 11/14/2017 | $ 1,112.10 | 11/1/2017 | $ 199.94 | $ 300.00 |
| 12/1/2017 | $ 912.16 | 4/20/2018 | $ 2,224.20 | 12/1/2017 | $ 1,312.04 | $ 1,612.04 |
| 1/1/2018 | $ 912.16 | | | 1/1/2018 | $ (912.16) | $ 699.88 |
| 2/1/2018 | $ 912.16 | 4/24/2018 | $ 1,112.10 | 2/1/2018 | $ 199.94 | $ 899.82 |
| 3/1/2018 | $ 912.16 | 5/23/2018 | $ 1,836.00 | 3/1/2018 | $ 923.84 | $ 1,823.66 |
| 4/1/2018 | $ 912.16 | | | 4/1/2018 | $ (912.16) | $ 911.50 |
| 5/1/2018 | $ 912.16 | 5/25/2018 | $ 1.00 | 5/1/2018 | $ (911.16) | $ 0.34 |
| 6/1/2018 | $ 912.16 | 7/19/2018 | $ 913.00 | 6/1/2018 | $ 0.84 | $ 1.18 |
| 7/1/2018 | $ 912.16 | 8/16/2018 | $ 913.00 | 7/1/2018 | $ 0.84 | $ 2.02 |
| 8/1/2018 | $ 912.16 | 8/31/2018 | $ 913.00 | 8/1/2018 | $ 0.84 | $ 2.86 |
| 9/1/2018 | $ 912.16 | 10/5/2018 | $ 913.00 | 9/1/2018 | $ 0.84 | $ 3.70 |
| 10/1/2018 | $ 912.16 | 11/5/2018 | $ 913.00 | 10/1/2018 | $ 0.84 | $ 4.54 |
| 11/1/2018 | $ 912.16 | 11/14/2018 | $ 913.00 | 11/1/2018 | $ 0.84 | $ 5.38 |
| 12/1/2018 | $ 912.16 | 11/29/2018 | $ 913.00 | 12/1/2018 | $ 0.84 | $ 6.22 |
| 1/1/2019 | $ 912.16 | 1/3/2019 | $ 1,100.00 | 1/1/2019 | $ 187.84 | $ 194.06 |
| 2/1/2019 | $ 912.16 | | | | $ (912.16) | $ (718.10) |
| MFR filing Fees | $ 181.00 | | | | $ (181.00) | $ (899.10) |
| MFR atty fees | $ 850.00 | | | | $ (850.00) | $ (1,749.10) |
| **>> As per agreed order, total post-petiton arrears amount are $1749.44 which includes 01 payments due from 02/01/2019 @$912.16 less a post-petition suspense balance of $193.72 and MFR filing fees $181 & MFR Atty fees $850.** | | | | | | |
| | | | | | $ 0.34 | $ 0.34 |
| | $ 912.16 | 2/7/2019 | $ 1,100.00 | 3/1/2019 | $ 187.84 | $ 188.18 |
| lump sum | $ 349.88 | 2/15/2019 | $ 349.88 | lump sum | $ - | $ 188.18 |
| | | 2/15/2019 | $ 0.12 | | $ 0.12 | $ 188.30 |
| | $ 912.16 | 3/1/2019 | $ 912.16 | 4/1/2019 | $ - | $ 188.30 |
| | $ 233.26 | 3/1/2019 | $ 233.26 | stip 3/1/19 | $ - | $ 188.30 |
| | | 3/1/2019 | $ 54.58 | | $ 54.58 | $ 242.88 |
| | $ 912.16 | 4/9/2019 | $ 912.16 | 5/1/2019 | $ - | $ 242.88 |
| | $ 233.26 | 4/9/2019 | $ 233.26 | Stip 4/1/19 | $ - | $ 242.88 |
| | $ 233.26 | 4/9/2019 | $ 54.58 | stip 5/1/19 | $ (178.68) | $ 64.20 |
| applied to fees | $ 137.50 | 4/15/2019 | | | $ (137.50) | $ (73.30) |

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | $ | 912.16 | 5/10/2019 | $ | 912.16 | 6/1/2019 | $ | - | $ | (73.30) |
|  | $ | 233.26 | 5/10/2019 | $ | 233.26 | Stip 6/1/19 | $ | - | $ | (73.30) |
|  |  |  | 5/10/2019 | $ | 54.58 |  | $ | 54.58 | $ | (18.72) |
|  | $ | 912.16 | 6/10/2019 | $ | 912.16 | 7/1/2019 | $ | - | $ | (18.72) |
|  | $ | 233.26 | 6/10/2019 | $ | 233.26 | Stip 7/1/19 | $ | - | $ | (18.72) |
|  |  |  | 6/10/2019 | $ | 54.58 |  | $ | 54.58 | $ | 35.86 |
|  | $ | 912.16 | 7/9/2019 | $ | 912.16 | 8/1/2019 | $ | - | $ | 35.86 |
|  | $ | 233.26 | 7/9/2019 | $ | 233.26 | Stip 8/1/19 | $ | - | $ | 35.86 |
|  |  |  | 7/9/2019 | $ | 54.58 |  | $ | 54.58 | $ | 90.44 |
|  | $ | 1,012.16 | 8/1/2019 | $ | 912.16 | 9/1/2019 | $ | (100.00) | $ | (9.56) |
|  |  |  | 8/1/2019 | $ | 233.26 |  | $ | 233.26 | $ | 223.70 |
|  |  |  | 8/1/2019 | $ | 54.58 |  | $ | 54.58 | $ | 278.28 |
|  | $ | 1,012.16 | 10/26/2019 | $ | 2,024.32 | 10/1/2019 | $ | 1,012.16 | $ | 1,290.44 |
|  | $ | 1,012.16 |  |  |  | 11/1/2019 | $ | (1,012.16) | $ | 278.28 |
|  | $ | 1,012.16 | 11/20/2019 | $ | 1,013.00 | 12/1/2019 | $ | 0.84 | $ | 279.12 |
|  | $ | 1,012.16 | 12/20/2019 | $ | 1,200.00 | 1/1/2020 | $ | 187.84 | $ | 466.96 |
|  | $ | 1,012.16 | 1/18/2020 | $ | 1,100.00 | 2/1/2020 | $ | 87.84 | $ | 554.80 |
|  | $ | 1,012.16 | 4/22/2020 | $ | 2,150.46 | 3/1/2020 | $ | 1,138.30 | $ | 1,693.10 |
|  | $ | 1,012.16 |  |  |  | 4/1/2020 | $ | (1,012.16) | $ | 680.94 |
|  | $ | 1,012.16 | 5/11/2020 | $ | 1,012.16 | 5/1/2020 | $ | - | $ | 680.94 |
|  | $ | 1,012.16 | 6/5/2020 | $ | 1,012.16 | 6/1/2020 | $ | - | $ | 680.94 |
|  | $ | 1,012.16 | 7/21/2020 | $ | 1,013.00 | 7/1/2020 | $ | 0.84 | $ | 681.78 |
|  | $ | 1,012.16 | 11/11/2020 | $ | 3,035.64 | 8/1/2020 | $ | 2,023.48 | $ | 2,705.26 |
|  | $ | 1,012.16 |  |  |  | 9/1/2020 | $ | (1,012.16) | $ | 1,693.10 |
|  | $ | 1,012.16 |  |  |  | 10/1/2020 | $ | (1,012.16) | $ | 680.94 |
|  | $ | 1,012.16 | 1/21/2021 | $ | 2,024.32 | 11/1/2020 | $ | 1,012.16 | $ | 1,693.10 |
|  | $ | 1,012.16 |  |  |  | 12/1/2020 | $ | (1,012.16) | $ | 680.94 |
|  | $ | 1,012.16 | 2/25/2021 | $ | 2,024.32 | 1/1/2021 | $ | 1,012.16 | $ | 1,693.10 |
|  | $ | 1,012.16 |  |  |  | 2/1/2021 | $ | (1,012.16) | $ | 680.94 |
|  | $ | 1,012.16 | 4/1/2021 | $ | 1,012.16 | 3/1/2021 | $ | - | $ | 680.94 |
|  | $ | 1,012.16 | 6/3/2021 | $ | 2,024.32 | 4/1/2021 | $ | 1,012.16 | $ | 1,693.10 |
|  | $ | 1,012.16 |  |  |  | 5/1/2021 | $ | (1,012.16) | $ | 680.94 |
|  | $ | 1,012.16 | 7/6/2021 | $ | 1,012.16 | 6/1/2021 | $ | - | $ | 680.94 |
|  | $ | 1,012.16 | 7/7/2021 | $ | 6,464.23 | 7/1/2021 | $ | 5,452.07 | $ | 6,133.01 |
|  | $ | 1,012.16 |  |  |  | 8/1/2021 | $ | (1,012.16) | $ | 5,120.85 |
|  | $ | 1,012.16 |  |  |  | 9/1/2021 | $ | (1,012.16) | $ | 4,108.69 |
|  | $ | 1,012.16 |  |  |  | 10/1/2021 | $ | (1,012.16) | $ | 3,096.53 |
|  | $ | 1,012.16 |  |  |  | 11/1/2021 | $ | (1,012.16) | $ | 2,084.37 |
|  | $ | 1,012.16 |  |  |  | 12/1/2021 | $ | (1,012.16) | $ | 1,072.21 |
|  | $ | 1,012.16 |  |  |  | 1/1/2022 | $ | (1,012.16) | $ | 60.05 |
|  | $ | 1,012.16 | 8/23/2021 | $ | 1,012.16 | 2/1/2022 | $ | - | $ | 60.05 |
|  | $ | 1,012.16 | 10/1/2021 | $ | 2,042.32 | 3/1/2022 | $ | 1,030.16 | $ | 1,090.21 |
|  | $ | 1,012.16 |  |  |  | 4/1/2022 | $ | (1,012.16) | $ | 78.05 |
|  | $ | 1,012.16 | 11/3/2021 | $ | 1,012.16 | 5/1/2022 | $ | - | $ | 78.05 |
| susp adj |  |  |  | $ | 137.50 |  | $ | 137.50 | $ | 215.55 |
|  |  |  |  |  |  |  | $ | - | $ | 215.55 |
| reversals | $ | (1,012.16) |  |  |  | (5/1/22) | $ | 1,012.16 | $ | 1,227.71 |

BK Filed date: 10/13/16
Debtor name: McCaa
Post Petition Payment Ledger

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | $ (1,012.16) |  |  | (4/1/22) | $ 1,012.16 | $ 2,239.87 |
|  | $ (1,012.16) |  |  | (3/1/22) | $ 1,012.16 | $ 3,252.03 |
|  | $ (1,012.16) |  |  | (2/1/22) | $ 1,012.16 | $ 4,264.19 |
|  | $ (1,012.16) |  |  | (1/1/22) | $ 1,012.16 | $ 5,276.35 |
|  | $ (1,012.16) |  |  | (12/1/21) | $ 1,012.16 | $ 6,288.51 |
|  | $ (1,012.16) |  |  | (11/1/21) | $ 1,012.16 | $ 7,300.67 |
| apply 2020 escrow shortage | $ 6,464.23 |  |  |  | $ (6,464.23) | $ 836.44 |
| ppfn fees | $ 9,988.40 |  |  |  | $ (9,988.40) | $ (9,151.96) |
| due 11/1/21 | $ 1,012.16 |  |  |  | $ (1,012.16) | $ (10,164.12) |
| due 12/1/21 | $ 1,012.16 |  |  |  | $ (1,012.16) | $ (11,176.28) |